William Safford, CA Bar #286948
P.O. Box 211
Palo Alto, California 94302
Ph: (650) 308-5575
Fx: (650) 600-3727
william@saffordlegal.com

*Counsel for Defendant Dean Tuan Trinh*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.:   **4:13-70642-MAG** |
| **Plaintiff,** | |
| v. | |
| **DEAN TUAN TRINH,** | [ *PROPOSED* ] **ORDER CONTINUING STATUS HEARING** |
| **Defendant.** | |

## ORDER CONTINUE STATUS HEARING

For good cause shown, IT IS HEREBY ORDERED that the following status hearing now set for June 25, 2013, at 9:30 a.m., before Magistrate Judge Ryu, is vacated, and a new hearing set for July 11, 2013, at 9:30 a.m., before Magistrate Judge Westmore.  By stipulation, time is waived under the Speedy Trial Act through July 11, 2013.

SO ORDERED this __24__ day of June, 2013.

By: _____
Magistrate Judge Donna M. Ryu